ANTHONY GIAIMO, Respondent, v. CITY OF NEW YORK, Appellant.— Judgment unanimously affirmed, with costs.  No opinion.  Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

WILLIAM B. SMITH, Respondent, v. SAMUEL SMITH, Appellant.— Orders and judgment unanimously affirmed, with costs.  No opinion.  Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

FRANK GOODMAN, Appellant, v. SUNNYDALE FARMS, INC., et al., Respondents, et al., Defendants.— Judgment unanimously affirmed, with costs.  No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of the Accounting of MAURICE JOSEPHBERG et al., as Committee of the Estate of ALFRED CERUTTI, an Incompetent Person, Appellants.  FRANCIS X. MANCUSO, Special Guardian, Respondent.  (Appeal No. 1.)  In the Matter of the Accounting of MAURICE JOSEPHBERG et al., as Committee of the Estate of ALFRED CERUTTI, an Incompetent Person.  MAURICE JOSEPHBERG, as Committeeman, et al., Respondents; GIUSEPPE GIAVANI et al., as Committeemen, Appellants.  (Appeal No. 2.) — Order, so far as appealed from, unanimously modified by reducing the allowance to Francis X. Mancuso, special guardian, to the sum of $1,000, and by reducing the allowance to Maurice Josephberg to the sum of $6,000, and, as so modified affirmed, without costs.  No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

EUGENE L. GAREY, Appellant, v. DOROTHY TOBEY, Respondent, et al., Defendants.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion denied.  Section 922 of the Civil Practice Act does not limit the extensions which may be granted to a single period of ninety days.  Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

### (October 16, 1944.)

In the Matter of KEVIE FRANKEL, an Attorney.— Motion for reinstatement granted.  Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

In the Matter of HAROLD BAKERMAN, an Attorney.— Motion for leave to appeal to the Court of Appeals denied.  [See ante, p. 21.]  Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

In the Matter of the Application of SIDNEY FELBER for Reinstatement to the Bar.— Motion for reargument or for leave to appeal to the Court of Appeals denied.  [See ante, p. 156.]  Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

### (October 18, 1944.)

In the Matter of FELIX A. BENVENGA et al., Respondents, against FIORELLO H. LA GUARDIA, as Mayor of the City of New York, et al., Constituting the Board of Estimate of the City of New York, Appellants.— Appeal transferred to the Appellate Division of the Supreme Court, Third Department.  Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.